UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
NORBERTO LUGO,                                                       :
                                                                     :   Case No. 13-cv-06450 (JMF)
                        Plaintiff,                                   :
                                                                     :
    -against-                                                        :   NOTICE OF LIMITED
                                                                     :   APPEARANCE OF
LE PAIN QUOTIDIEN,                                                   :   *PRO BONO* COUNSEL
                                                                     :
                                                                     :
                        Defendant.                                   :
-------------------------------------------------------------------- X

To the Clerk of this Court and all Parties of Record:

    Please enter our appearances as *pro bono* counsel in this case on behalf of Plaintiff NORBERTO LUGO for the limited purpose of mediation.

    The undersigned certify that we are admitted to practice before this Court.

Dated: Newark, New Jersey
       March 4, 2014

/s <u>Maurice Q. Robinson</u>
Maurice Q. Robinson (MR1209)

/s <u>Alan Serrins</u>
Alan Serrins (AS4739)

/s <u>David M. White</u>
David M. White (DW3146)

**SETON HALL UNIVERSITY
SCHOOL OF LAW
CONFLICT MANAGEMENT PROGRAM**
One Newark Center, Room 429
Newark, NJ 07102
P: (973) 642-8084
F: (973) 642-8064
alan.serrins@shu.edu
maurice.robinson@shu.edu
david.white@shu.edu